Craig B. Friedberg, Esq.
LAW OFFICES OF CRAIG B. FRIEDBERG, ESQ.
Nevada Bar No. 004606
4760 South Pecos Road, Suite 103
Las Vegas, Nevada 89121
(702) 435-7968 – telephone
(702) 825-8071 – facsimile
attcbf@cox.net

James J. Parr, Esq.
AGRUSS LAW FIRM, LLC
Illinois Bar No.: 6317921
4809 N. Ravenswood Avenue, Suite 409
Chicago, IL 60640
(312) 224-4695 – telephone
(312) 253-4451 – facsimile
james@agrusslawfirm.com
***Admitted Pro Hac Vice***

*Attorneys for Plaintiff, ALICIA STAFFORD*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA STAFFORD, | ) |
| | ) |
| Plaintiff, | ) Case No.: 2:22−cv−00130−APG−DJA |
| v. | ) |
| | ) |
| ASSET RECEIVABLES MANAGEMENT | ) |
| LLC; IMPERIAL CAPITAL GROUP LLC; | ) |
| and CASCADE CAPITAL, LLC, | ) |
| | ) |
| Defendants. | ) |

## PLAINTIFF'S RESPONSE TO THIS HONORABLE COURT'S NOTICE REGARDING INTENTION TO DISMISS PURSUANT TO FRCP 4(m) AND REQUEST FOR ADDITIONAL TIME TO SERVE DEFENDANTS, ASSET RECEIVABLES MANAGEMENT LLC AND IMPERIAL CAPITAL GROUP LLC

Plaintiff, ALICIA STAFFORD ("Plaintiff"), through her undersigned counsel, responds to this

Honorable Court's Notice Regarding Intention to Dismissal Pursuant to Rule 4(m) of the Federal Rules

of Civil Procedure, (Doc. No. 10), and requests that the Court grant additional time for Plaintiff to serve

1

Defendants, Asset Receivables Management, LLC ("Asset") and Imperial Capital Group, LLC ("Imperial"), as follows:

1. To date, Plaintiff has been unsuccessful serving Asset and Imperial with the Summons and Complaint.

2. Plaintiff has been diligent in attempting service of the Summons and Complaint on Asset and Imperial.

3. Plaintiff has attempted to serve Asset at the address that it has designated with the New York Department of State[1] but was unsuccessful because "[t]he whole building is vacant empty all locked up the outside is a torn up awnings but it's all empty inside." (Attached hereto as Exhibit A is a Proof of [Non-]Service prepared by the process server).

4. Plaintiff also attempted to serve Asset at a known alternate address but was unsuccessful because:

   > This is a bad address. Server entered the building and searched the entire directory. Targets name was not in the directory.  Suite 1102 Is an attorneys office (Battista, Robert ESQ). Server went to suite and was told it was the wrong address. 1102 is Eastern Abstract of WNY INC (also a satellite office for Battista).

   (Attached hereto as Exhibit B is a Proof of [Non-]Service prepared by the process server).

5. Plaintiff has attempted to serve Imperial by way of its registered agent, Jonathan DiMusto, at the address that it has designated with the North Carolina Secretary of State[2] but was unsuccessful because Mr. DiMusto apparently did not live there anymore. (Attached hereto as Exhibit C is a Proof of [Non-]Service prepared by the process server).

---

[1] Asset is a New York limited liability company and does not appear to be registered with the Nevada Secretary of State.
[2] Asset is a North Carolina limited liability company and does not appear to be registered with the Nevada Secretary of State.

6. Plaintiff also attempted to serve Imperial at a known alternative address for Mr. DiMusto, but was also unsuccessful because Mr. DiMusto reportedly moved to Mexico.

(Attached hereto as Exhibit D is email correspondence with the process server).

7. Plaintiff and her counsel are determined to hold Asset and Imperial accountable for their actions, but need additional time to further investigate, track down, and serve Asset and Imperial and/or explore alternative means of service.

8. Plaintiff's counsel inadvertently failed to timely file a request for an extension of time to serve Asset and Imperial before the ninety-(90)-day timeframe passed pursuant to Federal Rule of Civil Procedure 4(m).

9. Plaintiff's undersigned counsel did not intend to disrupt the course of the proceedings and apologizes to this Honorable Court for this error and assumes full responsibility.

10. Plaintiff and her counsel request that the Court grant Plaintiff and her counsel a retroactive extension of time, including an additional sixty (60) days from the current date, to serve both Asset and Imperial with the Summons and Complaint and file proofs of service accordingly.

11. Plaintiff and her undersigned counsel assert that they have shown good cause to be granted their requested relief.

WHEREFORE, based on the foregoing, Plaintiff, ALICIA STAFFORD, respectfully requests that this Honorable Court grant Plaintiff and her counsel, a retroactive extension of time, including sixty (60) additional days from the current date, through July 26, 2022, to both serve Defendants, ASSET RECEIVABLES MANAGEMENT LLC and IMPERIAL CAPITAL GROUP LLC, with the

Summons and Complaint and file proofs of service accordingly.

DATED:  May 27, 2022                          Respectfully submitted,
                                              AGRUSS LAW FIRM, LLC


                                    By: /s/ James J. Parr
                                        James J. Parr, Esq.
                                        Illinois Bar No.: 6317921
                                        4809 N. Ravenswood Avenue, Suite 409
                                        Chicago, IL 60640
                                        (312) 224-4695 – telephone
                                        (312) 253-4451 – facsimile
                                        james@agrusslawfirm.com
                                        Attorney for Plaintiff
                                        *Admitted Pro Hac Vice*


## ORDER

For good cause appearing therein, the Court grants Plaintiff's request for an additional 60 days within which to serve defendants.  Accordingly, Plaintiff shall have until **July 26, 2022** within which to serve defendants.  IT IS SO ORDERED.

DATED this 31st day of May, 2022.


_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

4

# **EXHIBIT A**

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00130-APG-DJA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>asset recievables management llc</u> was received by me on *(date)*
<u>01/31/2022</u>.

☐   I personally served the summons on the individual at *(place)* _____ on *(date)* _____
_____ ; or

☐   I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a
person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy
to the individual's last known address; or

☐   I served the summons on *(name of individual)* _____ , who is designated by law to accept
service of process on behalf of *(name of organization)* _____ on *(date)*
_____ ; or

☒   I returned the summons unexecuted because: <u>The whole building is vacant empty all locked up the outside is a</u>
<u>torn up awnings but it's all empty inside</u> ; or

☐   Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$</u>.

I declare under penalty of perjury that this information is true.

Date: 01/31/2022

_____
*Server's signature*

Joseph Jeziorowski
_____
*Printed name and title*

1260 Delaware Ave. Buffalo NY 14209
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Jan 31, 2022, 1:15 pm EST at 4246 ridge rd 61, amherst, ny 14226
The whole building is vacant empty all locked up the outside is a torn up awnings but it's all empty inside

# <u>EXHIBIT B</u>

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 2:22-CV-00130-APG-DJA

## PROOF OF SERVICE
### *(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* <u>asset recievables management llc</u> was received by me on *(date)* <u>02/14/2022</u>.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____ , a person of suitable age and discretion who resides there, on *(date)* _____ , and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____ , who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☒ I returned the summons unexecuted because: <u>This is a bad address. Server entered the building and searched the entire directory. Targets name was not in the directory. Suite 1102 Is an attorneys office (Battista, Robert ESQ). Server went to suite and was told it was the wrong address. 1102 is Eastern Abstract of WNY INC ( also a satellite office for Battista).</u> ; or

☐ Other: _____ ; or

My fees are $ _____ for travel and $ _____ for services, for a total of $ <u>$</u>.

I declare under penalty of perjury that this information is true.

Date: 02/14/2022

_____
*Server's signature*

DEREK VASQUEZ
_____
*Printed name and title*

1260 Delaware Ave Buffalo NY 14209
_____
*Server's address*

Additional information regarding attempted service, etc.:
1) Unsuccessful Attempt: Feb 14, 2022, 2:16 pm EST at 69 DELAWARE AVE room 1102, BUFFALO, NY 14202-3808 This is a bad address. Server entered the building and searched the entire directory. Targets name was not in the directory. Suite 1102 Is an attorneys office (Battista, Robert ESQ). Server went to suite and was told it was the wrong address. 1102 is Eastern Abstract of WNY INC ( also a satellite office for Battista).

# **EXHIBIT C**

# Affidavit of Process Server

## UNITED STATES DISTRICT COURT FOR THE DISTRICT OF NEVADA

(NAME OF COURT)

| Alicia Stafford | VS | Asset Receivables Management LLC, et al | 2:22-cv-00130-APG-DJA |
|---|---|---|---|
| PLAINTIFF/PETITIONER | | DEFENDANT/RESPONDENT | CASE NUMBER |

I, Michael VanKeuren _____, being first duly sworn, depose and say: that I am over the age of 18 years and not a party to this action, and that within the boundaries of the state where service was effected, I was authorized by law to perform said service.

**Service:** I ☐served ■was unable to serve : Imperial Capital c/o Jonathan DiMusto
_____
NAME OF PERSON TO BE SERVED

with (list documents) Summons and Complaint
_____

by leaving with _____ At
NAME                                    RELATIONSHIP / POSITION

■ Residence  10912 McCamie Hill Place                    Concord, NC 28025
ADDRESS                                    CITY / STATE

☐ Business _____
ADDRESS                                    CITY / STATE

On February 4, 2022 _____ AT 3:10 PM _____
DATE                                    TIME

☐ Inquired if subject was a member of the U.S. Military and was informed they are not.

Thereafter copies of the documents were mailed by prepaid, first class mail on_____
DATE

from_____
CITY        STATE        ZIP

**Manner of Service:**
☐ **Personal:** By personally delivering copies to the person being served.
☐ **Substituted at Residence:** By leaving copies at the dwelling house or usual place of abode of the person being served with a member of the household over the age of _____ and explaining the general nature of the papers.
☐ **Substituted at Business:** By leaving, during office hours, copies at the office of the person/entity being served with the person apparently in charge thereof.
☐ **Corporate:** By personally delivering copies to the person named above.
☐ **Posting:** By posting copies in a conspicuous manner to the front door of the person/entity being served.

**Non-Service:** After due search, careful inquiry and diligent attempts at the address(es) listed above, I have been unable to effect process upon the person/entity being served because of the following reason(s):

☐ Unknown at Address    ☐ Moved, Left no Forwarding    ☐ Service Cancelled by Litigant    ☐ Unable to Serve in Timely Fashion
☐ Address Does Not Exist    ■ Other  No answer at the door at the following 3 attempts, at least one vehicle in the driveway at each attempt.

**Service Attempts:** Service was attempted on: (1) 1-29-22 at 9:50 AM    (2) 2-1-22 at 6:00 PM
DATE        TIME                    DATE        TIME

(3) 2-4-22 at 3:10 PM    (4)_____    (5)_____
DATE    TIME        DATE        TIME        DATE        TIME

**Description:.** Age_____ Sex_____ Race_____ Height_____ Weight_____ Hair_____ Beard_____ Glasses_____

_Michael VanKeuren_
SIGNATURE OF PROCESS SERVER

SUBSCRIBED AND SWORN to before me this __7__ day of __February__, 20_22_, by Michael VanKeuren
Proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Terri VanKeuren
Notary Public
Cabarrus County
North Carolina
My Commission Expires March 21, 2022

_Terri VanKeuren_
SIGNATURE OF NOTARY PUBLIC

NOTARY PUBLIC for the state of __N.C.__

FORM 2        NATIONAL ASSOCIATION OF PROFESSIONAL PROCESS SERVERS

# **<u>EXHIBIT D</u>**

| | |
|---|---|
| **From:** | MAJESTIC LEGAL |
| **To:** | Jackie Laino |
| **Subject:** | Re: Service on Imperial c/o DiMusto (Stafford) |
| **Date:** | Thursday, February 24, 2022 6:57:16 PM |

Moved to Mexico per current resident

Majestic Process Service

**From:** MAJESTIC LEGAL <majesticlegal@hotmail.com>
**Sent:** Friday, February 11, 2022 11:52:19 AM
**To:** Jackie Laino <jackie@agrusslawfirm.com>
**Subject:** Re: Service on Imperial c/o DiMusto (Stafford)

OK got it

_____
From: Jackie Laino <jackie@agrusslawfirm.com>
Sent: Friday, February 11, 2022 11:51:15 AM
To: majesticlegal@hotmail.com
Subject: Service on Imperial c/o DiMusto (Stafford)

Good morning,

Thanks for taking my call today! Please serve DiMusto at the address below with the attached documents. Please let me know if you need anything else. If you could confirm receipt, that would be great.

230 CHERRY ST APT 2714
CHINA GROVE, NC 28023-2354

The address is different than on the summons because we are attempting a 2nd address. Thanks!

Jackie Laino |Senior Paralegal | my bio<https://www.agrusslawfirm.com/our-team/jackie-laino>
4809 N Ravenswood Ave, Suite 419, Chicago, IL 60640
Tel: 312-300-5993 | Fax: 312-253-4451

[cid:image001.png@01D81F35.2AFE3460]<http://www.agrusslawfirm.com/>