**ALVERSON TAYLOR & SANDERS**
KURT R. BONDS, ESQ.
Nevada Bar #6228
CHARLES DESKINS, ESQ.
Nevada Bar #15532
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149

(702) 384-7000
efile@alversontaylor.com
*Attorneys for ASSET RECEIVABLES MANAGEMENT LLC*

UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA STAFFORD,<br><br>    *Plaintiff,*<br><br>v.<br><br>ASSET RECEIVABLES MANAGEMENT, LLC; IMPERIAL CAPITAL GROUP, LLC; and CASCADE CAPITAL, LLC,<br><br>    *Defendants.* | CASE NO. 2:22-cv-00130-APG-DJA |

**DEFENDANT ASSET RECEIVABLES MANAGEMENT, LLC'S UNOPPOSED MOTION TO EXTEND THE RESPONSIVE PLEADING DEADLINE**

TO THE HONORABLE JUDGE OF SAID COURT:

COMES NOW, Defendant ASSET RECEIVABLES MANAGEMENT, LLC ("ARM") and files its *Unopposed Motion to Extend the Responsive Pleading Deadline* as follows:

1. Plaintiff filed her Complaint on January 24, 2022. Doc. 1.

2. On May 31, 2022, Plaintiff requested additional time to serve ARM. Doc. 11.

3. This request was granted by the Court on May 31, 2022. Doc. 12.

1                                           KRB/27934

4. ARM's responsive pleading is currently due on August 12, 2022. Doc. 15.

4. Counsel for ARM has recently been retained and needs time to familiarize itself with the case and determine its defense strategy. As such, ARM respectfully requests this Court to extend the responsive pleading deadline by two (2) weeks.

5. To this end, ARM requests through and until August 26, 2022 to file its responsive pleading.

6. Counsel for SAS has conferred with counsel for Plaintiff and Plaintiff is unopposed to the relief sought in this motion.

WHEREFORE, PREMISES CONSIDERED, Defendant ASSET RECEIVABLES MANAGEMENT, LLC respectfully requests that this Court extend the deadline for responsive pleadings through and until August 26, 2022.

DATED this 11th day of August, 2022.

ALVERSON TAYLOR & SANDERS

_____
KURT R. BONDS, ESQ.
Nevada Bar #6228
CHARLES DESKINS, ESQ.
Nevada Bar #15532
6605 Grand Montecito Parkway
Suite 200
Las Vegas, Nevada 89149
(702) 384-7000
*Attorneys for ASSET RECEIVABLES MANAGEMENT LLC*

**IT IS SO ORDERED.**

DATED: August 15, 2022

_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: August 15, 2022

### CERTIFICATE OF SERVICE VIA CM/ECF

I hereby certify that on this 11th day of August, 2022, I did serve, via Case Management/Electronic Case Filing, a copy of the above **DEFENDANT ASSET RECEIVABLES MANAGEMENT, LLC'S UNOPPOSED MOTION TO EXTEND THE RESPONSIVE PLEADING DEADLINE** and foregoing.

*Antonia DiDio*
_____
An Employee of ALVERSON TAYLOR & SANDERS

N:\CLIENTS\27900\27934\pleading\motion for ext of time.doc

3                                                              KRB/27934