# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| ALICIA STAFFORD, | Case No.: 2:22-cv-00130-APG-DJA |
| Plaintiff | **Order** |
| v. | |
| ASSET RECEIVABLES MANAGEMENT LLC, et al., | |
| Defendants | |

The clerk of court entered default against the last remaining defendant in this action, Imperial Capital Group LLC, on August 9, 2022. ECF No. 16.  Since that time, plaintiff Alicia Stafford has taken no action to prosecute her claims against Imperial.

I THEREFORE ORDER that plaintiff Alicia Stafford must either move for default judgment or voluntarily dismiss her claims against Imperial Capital Group LLC by July 27, 2023.  If plaintiff Alicia Stafford does not take either of these actions by that date, I will dismiss her claims against Imperial without prejudice and without further notice.

DATED this 5th day of July, 2023.

_____
ANDREW P. GORDON
UNITED STATES DISTRICT JUDGE